JANUARY 24, 2005

No. 03–1326. HAWKINS *v.* UNITED STATES, 542 U. S. 919; and
No. 03–1434. LAUERSEN *v.* UNITED STATES, 541 U. S. 1044. Petitions for rehearing granted. Orders denying petitions for writs of certiorari vacated. Certiorari granted, judgments vacated, and cases remanded for further consideration in light of *United States* v. *Booker, ante,* p. 220.